■ . BORO MOTORS CORP., Respondent, v. CENTURY MOTOR SALES CORP., Appellant, et al., Defendants.— Motion by appellant to dispense with the printing of certain exhibits, granted to the extent of dispensing with printing of plaintiff's Exhibits 3, 4 and 6; and defendant's Exhibits B, C, D, E, F through I, inclusive, J1 to J5, K and L; originals to be handed up on the argument of the appeal. Beldock, Acting P. J., Kleinfeld, Christ, Pette and Brennan, JJ., concur.

■ MORTON BRILLIANT, Appellant, v. FIRST NATIONAL CITY BANK OF NEW YORK, Respondent.— Motion by appellant for leave to appeal to the Court of Appeals, denied. Beldock, Acting P. J., Kleinfeld, Christ, Pette and Brennan, JJ., concur.

■ MADELINE BUCCERI, Respondent, v. BLACKTON-FIFTH AVENUE, LTD., Appellant.— Motion by defendant-appellant for leave to appeal to this court from an order of the Appellate Term, denied. Beldock, Acting P. J., Kleinfeld, Christ, Pette and Brennan, JJ., concur.

■ (A) CITY OF MOUNT VERNON, Respondent, v. AUTOKEFALOS ORTHODOX SPIRITUAL CHURCH OF SAINT GEORGE et al., Defendants, and FOUNDATION FOR ORPHANS IN GREECE, INC., Appellant. (B) ABRAHAM M. SOBEL, Respondent, v. CITY OF NEW YORK et al., Appellants. (C) JULIA M. WEIR et al., Respondents, v. LEO BOORSTEIN, Appellant.— [In each action] Motion by respondent[s] to dismiss appeal denied, on condition that appellant[s] perfect the appeal and be ready to argue or submit it at the September Term, beginning September 6, 1961; appeal ordered on the calendar for said term. The record and appellant's brief must be served and filed on or before August 1, 1961. Beldock, Acting P. J., Kleinfeld, Christ, Pette and Brennan, JJ., concur.

■ LOU'S B. DAVIDOW et al., Respondents, v. CELE WEISS et al., Appellants.— Motion by respondents to dismiss appeals denied, on condition that appellants perfect the appeals and be ready to argue or submit them at the October Term, beginning October 2, 1961; appeals ordered on the calendar for said term. The record and appellants' briefs must be served and filed on or before August 1, 1961. Beldock, Acting P. J., Kleinfeld, Christ. Pette and Brennan, JJ., concur.

■ MARIE DE VIRGILIO, an Infant, by Her Guardian ad Litem, GRACE DE VIRGILIO, et al., Appellants, v. FRANK NIOSI et al., Respondents.— Motion by respondents to dismiss appeal denied, on condition that appellants perfect the appeal and be ready to argue or submit it at the October Term, beginning October 2, 1961; appeal ordered on the calendar for said term. The record and appellants' brief must be served and filed on or before August 15, 1961. Beldock, Acting P. J., Kleinfeld, Christ, Pette and Brennan, JJ., concur.

■ HARRY I. GREENE, Appellant, v. ARTHUR SEIDEN et al., Respondents.— Motion by appellant for leave to appeal to this court from an order of the Appellate Term, denied. Beldock, Acting P. J., Kleinfeld, Christ, Pette and Brennan, JJ., concur.

■ JEROME S. HELLER et al., Appellants, v. DANIEL L. ROSE et al., Respondents.— Motion by appellant for reargument and for leave to appeal to the Court of Appeals referred to the court that rendered the decision. Beldock, Acting P. J., Kleinfeld, Christ, Pette and Brennan, JJ., concur. Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied.— Nolan, P. J., Beldock, Ughetta, Kleinfeld and Christ, JJ., concur.

■ RAE B. HOROWITZ, Appellant, v. MAX HOROWITZ, Respondent.— Motion by appellant to discontinue appeal from a judgment of the Supreme Court, Kings County, entered February 28, 1961. Motion granted, without costs. Beldock, Acting P. J., Kleinfeld, Christ, Pette and Brennan, JJ., concur.